UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY <br> IN AMERICA <br> 1802 Vernon Street NW <br> PMB 2095 <br> Washington, D.C. 20009, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave., N.W. <br> Washington, D.C. 20530, <br><br> Defendant. | Civil Case No. 1:24-cv-3560 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Justice ("DOJ" or the "Department") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about

1

the actions of their government and its officials that impact their safety; peace and security; democracy, civil rights, and civil liberties; and privacy.

5. Defendant DOJ is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DOJ has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On August 26, 2024, CASA submitted its FOIA request to DOJ (attached as Exhibit A), seeking the following records:

   CASA requests records from June 1, 2024, to when the search is conducted of:

   1. Communications to, from, or received by Merrick Garland and Lisa Monaco containing the following phrases and/or words: "Peter Strzok", "Lisa Page", "Donald Trump", "DJT", "surveillance", "authorization", "settlement", "Crossfire Hurricane", "release", and "investigation", "1.2 million", "800,000", "Amy Jeffress", "Aitan Goelman", "Arnold & Porter", "Zuckerman Spaeder".

   2. Any agency records or documents providing information on the name, position, and title, of the approving official for the use of taxpayer funds for the partial monetary settlement for former employee Peter Strzok in the amount of $1.2 million dollars.

   3. Any agency records or documents providing information on the name, position, and title, of the approving official for the use of taxpayer funds for the partial monetary settlement for former employee Lisa Paige in the amount of $800,000 dollars.

7. The release of these documents is in the public interest because it will help the public understand the operations and decision-making of DOJ regarding the settlement reached with Peter Strzok and Lisa Page.

8. On August 31, 2024, federal government receipt of CASA's request was acknowledged through a confirmation page on FOIA.gov, which reflected that the request had been received and was "being sent to the Office of the Attorney General."

9. Despite this confirmation, CASA has received no further communication from DOJ or any other government entity regarding the request.

10. As the record above indicates, over 109 days have elapsed since CASA submitted its request to DOJ, yet DOJ still has not made a determination with respect to it. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DOJ has not produced responsive documents to CASA, has not communicated to CASA the scope of the documents it intends to produce or withhold—along with the reasons for any such withholding—and has not informed CASA of its ability to appeal any adverse portion of its determination.

11. Given these facts, DOJ has not met its statutory obligations to provide the requested records for the request.

12. Through DOJ's failure to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

13. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

14. CASA's request was a properly submitted request for records within the possession, custody, and control of DOJ.

15. DOJ is an agency subject to FOIA, and therefore has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

16. DOJ is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

17. DOJ's failure to provide all non-exempt responsive records violates FOIA.

18. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

Center to Advance Security in America respectfully requests this Court:

(1) Assume jurisdiction in this matter and maintain jurisdiction until Defendant complies with the requirements of FOIA and any and all orders of this Court.

(2) Order Defendant to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's requests and an index justifying the withholding of all or part of any responsive records withheld under claim of exemption.

(3) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

(4) Grant CASA other such relief as the Court deems just and proper.

Dated: December 20, 2024

Respectfully submitted,

CENTER TO ADVANCE SECURITY
IN AMERICA
By Counsel:

/s/ Jacob William Roth
Jacob William Roth

D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*